UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| LOUIS N. GALLO, III | : | CIV. NO. 20-16416 (RMB) |
| Petitioner | : | |
| v. | : | **OPINION** |
| DAVID E. ORTIZ, WARDEN | : | |
| Respondent | : | |

This matter comes before the Court upon Petitioner Louis N. Gallo III's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1) seeking application of time credits under the First Step Act ("FSA") and release to home confinement, and Respondent's letter brief. (Dkt. No. 23.) Pursuant to the Declaration of Cyntrena Cross-Peart and attached exhibits,[1] Respondent submits that the habeas petition is moot because Petitioner has received all relief requested in his petition, application of his FSA time credits, and release to home confinement on January 12, 2022. (Declaration of Cyntrena Cross-Peart, Dkt. No. 23-1, ¶¶ 24, 25.)

The record establishes that Petitioner received the relief requested in his habeas petition. Therefore, the petition is moot and will be dismissed. *See, Brown v. Warden Fairton FCI*, 617 F. App'x 117, 119 (3d Cir. 2015) (quoting *Main Line Fed. Sav. & Loan Ass'n v. Tri–Kell, Inc.*, 721 F.2d 904, 907 (3d Cir.1983) ("the determination that a case is moot requires that there be nothing gained by reaching a decision."); *County of Morris v. Nationalist Movement*,

---

[1] Cyntrena Cross-Peart is a Senior Attorney Advisor at the Federal Correctional Institution in Fort Dix, New Jersey, where Petitioner was incarcerated.

273 F.3d 527, 533 (3d Cir.2001) ("The mootness doctrine is centrally concerned with the court's ability to grant effective relief")).

An appropriate Order follows.

Date: **April 7, 2022**

                                      s/Renée Marie Bumb
                                      **RENÉE MARIE BUMB**
                                      **United States District Judge**